734 A.2d 1276

**COMMONWEALTH of Pennsylvania, Appellant,**

**v.**

**Jeremy D. GARREN, Appellee.**

Supreme Court of Pennsylvania.

Submitted Aug. 9, 1999.

Decided Sept. 8, 1999.

Robert Grossi, Franklin, for Com.

Elissa Stuttler, Franklin, for Jeremy D. Garren.

Before FLAHERTY, C.J., and ZAPPALA, CAPPY, CASTILLE, NIGRO, NEWMAN and SAYLOR, JJ.

## ***ORDER***

PER CURIAM.

Based upon our disposition in *Commonwealth v. Williams*, 557 Pa. 285, 733 A.2d 593 (1999), we affirm the Order of the Venango County Court of Common Pleas dated February 25, 1998. Furthermore, we remand the matter to the common pleas court for disposition of any remaining issues.

Jurisdiction is relinquished.